UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                Plaintiff

v.                                      Case No.: 7:09-po-02510
                                      Magistrate Judge Peter E. Ormsby

Roberto Francisco Vasquez-Guinea

                Defendant

---

## AMENDED JUDGMENT

On **4/22/09**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **15 days and a special assessment of $10.00 are hereby imposed. Defendant is to be given credit for time already served on said sentence.**

DONE at McAllen, Texas, on **5/06/09.**

                                              */s/ Peter E. Ormsby*
                                              Peter E. Ormsby
                                              United States Magistrate Judge